# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1244
_____

CORY D. ASHLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

September 18, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cory D. Ashley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.